UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Andrew L. Pinckney,

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __2|19|08__

        Plaintiff(s),                       07 Civ 11310 (CM) (MHD)

    -against-

Herts, et al,                             CALENDAR NOTICE

        Defendant(s).
-------------------------------------------------X

        Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✔ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, May 2, 2008 at 11:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

        Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: February 19, 2008
      New York, New York

                       So Ordered

                       _____
                       Colleen McMahon, U.S.D.J