UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANDREW PINCKNEY,

                                     Plaintiff,

-against-

HERTS #18147, KALNER #15916 and GREEN #15340,

                                     Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 11310 (CM)(MHD)

       **PLEASE TAKE NOTICE** that **Leticia J. Santiago**, Senior Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants Hertz, Kalner and Green, effective April 21, 2008, replacing ACC Jordan M. Smith.

Dated: New York, New York
           April 21, 2008

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel
                                       of the City of New York
                                   Attorney for Defendants
                                   100 Church Street, Room 3-161
                                   New York, New York 10007
                                   (212) 788-1573

                                   By: _____
                                       Leticia L. Santiago
                                       Senior Counsel
                                       Special Federal Litigation Division

To:    Andrew Pinckney #07-A-6416 (by regular mail)
        72 Lock 11 Lane, Box 180
        Comstock, NY 12821-0180