UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ANDREW PINCKNEY,

                               Plaintiff,

-against-

HERTS #18147, KALNER #15916, GREEN #15340,

                              Defendants.
------------------------------------------------------------------ x

**ORDER**

07 CV 11310 (CM)

COLLEEN MCMAHON, U.S. District Judge

      Upon the application of Defendants for an order granting leave to take the videoconference deposition of plaintiff, Andrew Pinckney, an inmate, pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Washington Correctional Facility, located in Comstock, New York, produce Andrew Pinckney, Inmate No. 07-A-6416, for the purpose of being deposed pursuant to the Federal Rules of Civil Procedure through means of a videoconference, at a date to be determined by the parties **on or before Tuesday, May 20, 2008**, commencing at approximately 10:00 a.m., until completion; (2) that Andrew Pinckney appear in such place as designated by the Superintendent or other official in charge of Washington Correctional Facility so that his deposition via videoconference may be taken; and (3) that the official in charge of the Court's audiovisual facilities make same available for plaintiff's deposition.

Dated:   New York, New York
             5 May_____, 2008

_____
COLLEEN McMAHON, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08