


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MAURICE L. HUDSON**
(212) 788-1041
fax: (212) 788-9776
mhudson@law.nyc.gov

# MEMO ENDORSED

May 13, 2008

*5/14/2008 Extension granted*

**BY HAND**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>Andrew Pinckney v. Herts #18147, et al.</u> 07-CV-11310 (CM) (MHD)

Your Honor:

      I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced federal civil rights lawsuit. I write to respectfully request a brief ten day extension, until May 30, 2008, of the deadline within which to take plaintiff's deposition pursuant to Your Honor's Orders dated May 2, 2008, and May 5, 2008. I write directly to the Court because plaintiff is incarcerated and proceeding *pro se* in this matter. The reasons for this request are set forth below.

      By way of background, Your Honor held a status conference by telephone on May 2, 2008. During that conference, the Court ordered that plaintiff's deposition be taken by May 20, 2008, and granted defendants permission to submit a proposed Order that the deposition be taken via videoconference from Washington Correctional Facility where plaintiff is presently incarcerated. On May 5, 2008, Your Honor endorsed the proposed Order submitted to the Court regarding the taking of plaintiff's deposition via videoconference on or before May 20, 2008. This Office then promptly forwarded copies of the Order to Washington Correctional Facility and to Mr. Joel Blum of the audiovisual department of the Southern District, requesting to take plaintiff's deposition on May 20, 2008.

      On May 12, 2008, this Office was contacted by a representative of Washington Correctional Facility who stated that the facility cannot accommodate this Office's request for videoconferencing services on May 20, 2008, or on May 19, 2008, but that they can provide

- 2 -

videoconferencing services on May 21, 2008, and on various dates immediately thereafter. Having conferred with Washington Correctional Facility and with the Court's audiovisual department, we have identified several potential dates for taking the plaintiff's deposition; however, none of these dates are prior to May 20, 2008.[1] Accordingly, we respectfully request a brief extension of time of ten days beyond May 20, 2008, until May 30, 2008, within which to take plaintiff's deposition via videoconference.

In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration herein.

Respectfully submitted,

Maurice L. Hudson
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Andrew Pinckney (by regular mail)
      #07-A-6416
      72 Lock 11 Lane, Box 180
      Comstock, NY 12821-0180
      PRO SE

---

[1] Pending Your Honor's approval, we have tentatively rescheduled plaintiff's deposition for Friday, May 23, 2008.

- 2 -