To: U.S. District Judge
Colleen McMahon

Date 05-07-08

**MEMO ENDORSED**

5/16/08
The deposition shall go forward as scheduled.

*Colleen McMahon*

From: Andrew Pinckney #07A6416
72 Lock 11 Lane, Box 180
Comstock, New York 12821-0180

Re: Andrew L. Pinckney V. Herts #18147, et al
07-CV-11310 (CM)(MHD)

I am the Plaintiff Andrew Pinckney and I writing in regard of the video conference on may 20, 2008. I'm asking for an extension of time due to the fact of my mental safe of mind I cannot properly represent My Self and I'm Seeking Counsel at this time, with respect I'm asking for more time or acknowlede My mental condition at the hearing on may 20, 200

The Counsel that is looking into
My paper work is Arlun-Yalkut
Number is Cell:   865 B Walton AVE
Feel Free    (914)686-9393    Bronx N.Y. 10451
to Call    office: (718) 292-2952

C.C.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/8

Yours truly
Andrew Pinckney

Copies mailed/faxed/handed to counsel on 5/19/8