UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANDREW L. PINCKNEY,

                                Plaintiff,

-against-

HERTS # 18147, KALNER # 15916, GREEN # 15340,

                                Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 11310 (CM)(MHD)

      **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants Correction Officer Hertz # 18147, Correction Officer Kalner # 15916 and Correction Officer Green # 15340, effective immediately, replacing ACC Sarah B. Evans.

Dated: New York, New York
       May 19, 2008

                                                MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendants
                                              100 Church Street, Room 3-209
                                              New York, New York 10007
                                              (212) 788-8684

                                    By: _____
                                               Maurice L. Hudson
                                               Special Federal Litigation Division

To:    Andrew L. Pinckney (by U.S. Mail)
        Plaintiff *Pro Se* (07-A-6416)
        Washington Correctional Facility
        72 Lock 11 Lane, Box 180
        Comstock, NY 12821-0180