```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ANDREW L. PINCKNEY,                 :
                                    :
                  Plaintiff,        :      ORDER
                                    :
         -against-                  :      07 Civ. 11310 (CM)(MHD)
                                    :
HERTS, et al.,                      :
                                    :
                  Defendants.       :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

6/4/08

Defendants having submitted a letter application with regard to plaintiff's deposition,

It is hereby **ORDERED** as follows:

If defendants wish to resume deposition of plaintiff, they are to submit an appropriate affidavit and order. In addition, if they are seeking plaintiff's transfer to another penal institution for the purpose of this deposition, they are to make that clear and, in that event, they must contact the appropriate state representatives and copy them on any such request for relief. Any such submissions are to be made within two weeks.

DATED: New York, New York
       June 4, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

A copy of the foregoing Order has been sent this date to:

Mr. Andrew L. Pinckney
07-A-6416
Washington Correctional Facility
72 Lock 11 Lane
Box 180
Comstock, NY 12821-0180

Jordan Michael Smith, Esq.
New York City Law Department
Room 3-141
100 Church Street
New York, NY 10007

Maurice L. Hudson, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007