UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrew L. Pinckney
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Herts #18147, Kalner #15916, Green #15340
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

07 Civ. 11310 (CM) (MHD)

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

1. Name of applicant. Andrew L. Pinckney

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
   I can't afford to hire a lawyer on my own. A lawyer will need to cross-examination defendants and to uptane documents that I can't up·tane →

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)
   Sent a letter and copys of my paper work, and having my mom call some lawyers in respond one reply and others unresponded

4. If you need a lawyer who speaks in a language other than English, state what language you speak:
   not needed

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 16, 2008

*Signature:* Andrew Pinckney

6/19/08 The court has limited resources to appoint counsel in civil matters. This is not a complicated case. Accordingly, defendant's motion is denied at this time, with leave to renew later in the case, should circumstances change.

Rev. 05/2007               1

*[Left margin stamp:]* MEMO ENDORSED   Copies mailed/faxed/handed to counsel on 6/19/08

*[Signature at bottom right]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrew L. Pinckney
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Herts #18147, Kalner #15916,
Green 15340

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

07 Civ. 11310 (CM) (HMD)

**REQUEST TO PROCEED
IN FORMA PAUPERIS
FOR APPLICATION FOR THE
COURT TO REQUEST COUNSEL**

I, Andrew Pinckney, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    N\A

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    2001, March    $ 628.00

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    Mother Care $300 all together

    a) Are you receiving any public benefits?        ☑ No.    ☐ Yes, $_____.
    b) Do you receive any income from any other source?    ☑ No.    ☐ Yes, $_____.

*Rev. 05/2007*                                   2

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.    ☐ Yes, $_____ .

5. Do you own any apartment, house, or building, stock, bonds, notes, (automobiles) or other property? If the answer is yes, describe the property and state its approximate value.

   ☐ No.    ☑ Yes,  Ford taurus 1995  $2,000 .

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.    ☐ Yes, $_____ .

7. List the person(s) that you pay money to support and the amount you pay each month.

   N\A

8. State any special financial circumstances which the Court should consider.

   N\A

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __16__ day of __June__ , __08__ .
           date              month       year

_____
     Signature

Explain why you need a lawyer                07-civ-11310 (cm)(HMD)

1. I'm not good with legal turn

2. the case require investigation that I can't do

3. Will credibility ( whether or not a witness is telling the truth) be important, so that a lawyer will need to conduct cross-examination?

4. to uptann document that I can't get | matrial evident that can be helpful on my behalf ( Video and audio tape from the incident

5. to make sure that the defendants lawyer goes by law in uptanning information about the case and the case only

6. So that a lawyer can put my allegation in to legal turn.

7. I can't not afford to hire a lawyer on my own behalf

C.C.                                                Your truly

                                                    [signature]

To: ever May Concern                        Date:

From: Andrew Pinckney #07A6416
      Washington Correctional Facility
      72 Lock 11 Lane PO Box 180
      Comstock New York 12821-0180

My name is Andrew Pinckney and I'm writing on behalf of nrnng a attorney who is willing to take my Civer suit case on a contingency fee agement and have knowlege of §3.2 excessive force. The defendences have been duly served and the suit is currently in progress. If an Attorney is willing to take the case you can write me at the above address

            Thank you for your time (

C.C                                    yours truly
                                       Andrew Pinckney

# Prisoners' Legal Services of New York

301 South Allen Street
Albany, New York 12208
Tel.: (518) 438-8046
FAX: (518) 438-6643

Alba S. Johnson
**Executive Director**

Karen Murtagh-Monks
**Deputy Director**

James M. Bogin
**Managing Attorney**

Gavin A. Cook
Dianna Goodwin
Joel Landau
**Staff Attorneys**

March 25, 2008

Andrew Pinckney
07-A-6416
Washington Correctional Facility
Box 180
Comstock, NY 12821

Dear Mr. Pinckney:

This letter is in response to your recent request for assistance. We will not be able to provide you with assistance because the problem you raised is not an issue PLS is able to handle at this time. If we have informational materials that relate to your request, we are enclosing them with this letter. If you sent documents with your letter, we are returning them to you.

At this time, the only requests for assistance which PLS is able to accept are the following:

- Tier III Hearings: challenges to disciplinary hearings where the disposition is 18 months or more of SHU time and/or 18 months or more of recommended loss of good time or if the disposition affects the prisoner's immediate release.

- Medical Care: claims of inadequate treatment for a <u>serious</u> medical need.

- Mental Health: claims of inadequate treatment for a serious mental health need.

- Excessive Use of Force: claims of a recent excessive use of force by correctional staff

- Sexual Abuse: claims of sexual abuse by correctional staff

- Jail Time: claims for jail time credit of 90 days or more of additional jail time credit.

- Sentence Issues: claims that the length of a sentence was improperly calculated by DOCS or that DOCS is holding the prisoner beyond his/her proper release date.

Andrew Pinckney
March 25, 2008
Page 2

      If you have an open case currently being handled by PLS staff in one of our regional offices, you should write directly to that staff person.

      We regret that we are unable to provide you with assistance. Please contact us again if you need assistance with a legal matter which falls within the areas PLS is currently handling - as stated above.

                                 Sincerely yours,

                                 JAMES M. BOGIN
                                 Managing Attorney

                By:   Janice Turso
                       Legal Assistant

JMB/jct
enclosures
cc: Sandra Pinckney


P.S. This letter is in response to a telephone call we received on your behalf from your mother. She advised us that you are seeking representation in a lawsuit. Prisoners' Legal Services is funded to assist individuals with certain issues/ problems that arise within New York State prisons. The incident giving rise to your lawsuit occurred at Rikers which is a New York City facility. Thus we are barred from representing you in such a lawsuit. You and/or your family members might try to interest a private attorney in taking a look at the facts of your case. You should be sure to advise any prospective attorney on the extent of the injuries you sustained in the assault. You might also try contacting the bar association listed below in your search for counsel:

Lawyer Referral Information Service
New York State Bar Association
1 Elk Street
Albany, NY 12207

3. Explain What Steps you have taken to find an attorney and with what results

Here are some attorney that I contact and get no responds from.

① Bronx County Bar Association
New York State Supreme Court Bldg
851 Grand Concourse
Bronx New York 10007

② New York City Bar Association
42 west 44 St
New York, New York

③ New York County lawyer Association
14 Vesey Street
New York New York 10007

④ Manuedo Bo Mosahuel B Moses
236 west 26th Street, Suite 303
New York New York 10001

⑤ Ofodile and Associates PC
498 Atlantic Avenue
Brooklyn New York 11217

⑥ Arlun-Yalkut
865 B Walton AVE
Bronx N.Y 10451