UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ANDREW PINCKNEY,

                               Plaintiff,

           -against-

HERTS #18147, KALNER #15916, GREEN #15340,

                              Defendants.
------------------------------------------------------------ x

**ORDER**

07 CV 11310 (CM)(MHD)

[ELECTRONICALLY FILED]
DOC #: _____
DATE FILED: 7/16/08

MICHAEL H. DOLINGER, U.S. Magistrate Judge

    Upon the application of Defendants for an order granting leave to take the deposition of plaintiff, Andrew Pinckney, an inmate, pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Washington Correctional Facility, located in Comstock, New York, transport and produce Andrew Pinckney, Inmate No. 07-A-6416, for the purpose of being deposed pursuant to the Federal Rules of Civil Procedure, **on Wednesday, July 23, 2008**, commencing at approximately 11:00 a.m., until completion; (2) that New York State Department of Correction transport Andrew Pinckney such that he will arrive at the aforementioned date and time at Sing Sing Correctional Facility, located in \_or another facility designated by the NYS Dept. of Correctional Services,\_ Ossining, New York; (3) that Andrew Pinckney appear at Sing Sing Correctional Facility, so that his deposition may be taken; ~~and~~ (3) that the that the Superintendent or other official in charge of Sing Sing Correctional Facility \_or other designated facility\_ make the appropriate facilities available for plaintiff's deposition. and (4) that defendants bear the costs of plaintiff's transportation. \_or other designated facility\_

Dated:    New York, New York
               July 10, 2008

                                                 MICHAEL H. DOLINGER, U.S.M.J.