To: Michael H. Dolinger                                    Date: 08-18-08

# MEMO ENDORSED

*Dabecely 9/5/08*
*Gave It*
*time*

From: Andrew Pinckney                          motion of
   Washington Correctional facility            extention of time
   72 lock 11 Lane
   Comstock New York · 12821

   Re: Andrew Pinckney V. Herts #18147, et al.  07-CIV-11310 (CM)
       (MHD)

   My name is Andrew Pinckney and I'm the **Pl**aintiff in this case
and I'm asking the Courts to Respectfully extend the time of
responding to the Oppositions of the defendants motion base on
qualify immunity. The deposition was taking July, 23, 2008 at
11-11 Hazen Street East Elmhurst NY 11370 at rikers Island. In order for
me to reply, I have to know the defendant allegation in Support of
they motion after depostion han been taking. I asking the courts
to set a new due date for I may reply to there motion. At this time
I donot have any paper in Support of the defendants, motion after
deposition after its was taking.

C. C

RECEIVED
AUG 20 2008
MICHAEL H. DOLINGER
MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

                                    Yours turly
                                    Andrew Pinckney

Copies mailed /faxed/handed to counsel on 9/5/08